Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−19096−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Andres L. Gonzalez
   512 Winterburn Grove
   Cliffside Park, NJ 07010

Social Security No.:
   xxx−xx−6199

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/31/18.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 31, 2018
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 18-19096-SLM
Andres L. Gonzalez                                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin               Page 1 of 1           Date Rcvd: Jul 31, 2018
                              Form ID: 148              Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2018.
db              +Andres L. Gonzalez,    512 Winterburn Grove,    Cliffside Park, NJ 07010-2913
cr              +WELLS FARGO BANK, N.A.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                  Mt. Laurel, NJ 08054-3437
cr              +Wilmington Savings Fund Society,    Robertson, Anschutz & Schneid, P.L.,
                  6409 Congress Avenue, Ste 100,    Boca Raton, FL 33487-2853
517661454       +Active Orthopedics & Sports Medicine,    c/o Pressler, Felt & Warshaw, LLP.,    7 Entin Road,
                  Parsippany NJ 07054-5020
517512717       +Fay Servicing,    440 S LaSalle St Suite 2000,    Chicago, IL 60605-5011
517512718       +Phelan Hallinan Diamond and Jones, LLP,    400 Fellowship Rd #100,    Mt. Laurel, NJ 08054-3437
517635783       +WILMINGTON SAVINGS FUND SOCIETY,    Fay Servicing, LLC,    3000 Kellway Dr Ste 150,
                  Carrollton TX 75006-3357

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Aug 01 2018 00:27:00      U.S. Attorney,    970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 01 2018 00:26:57      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
517546688        EDI: WFFC.COM Aug 01 2018 03:53:00      Wells Fargo Bank, N.A.,    Wells Fargo Bank, N.A.,
                  Default Document Processing,    N9286-01Y,   1000 Blue Gentian Road,    Eagan MN 55121-7700
                                                                                              TOTAL: 3

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517512716*      +Andres L. Gonzalez,    512 Winterburn Grove,    Cliffside Park, NJ 07010-2913
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2018 at the address(es) listed below:
              Laura M. Egerman    on behalf of Creditor    Wilmington Savings Fund Society bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    Wilmington Savings Fund Society
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5